ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Plaintiff,
**PRINCIPAL LIFE INSURANCE COMPANY**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>TERRIE BOLYARD,<br><br>           Defendant. | **Case No.: 09-CV-00595-OWW-GSA**<br><br>**ORDER GRANTING PLAINTIFF PRINCIPAL LIFE'S MOTION AND NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT TERRIE BOLYARD PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a) (1)** |

**THIS MATTER** having come before the Court upon the motion of the Plaintiff PRINCIPAL LIFE INSURANCE COMPANY for dismissal of Defendant TERRIE BOLYARD from this action with prejudice, pursuant to FRCP 41 (a) (1), and the Court having reviewed Plaintiff's motion and submitted Order, and finding no answer or other responsive pleading from Defendant BOLYARD, and otherwise being fully advised, now, therefore,

**IT IS HEREBY ORDERED** that Defendant TERRIE BOLYARD is hereby dismissed from this action, with prejudice, and the case is closed, each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: July 6, 2009            /s/ OLIVER W. WANGER
                               **HONORABLE OLIVER W. WANGER**
                               UNITED STATES DISTRICT COURT